UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
AUG 16 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**DENNIS RICE (1, 5, 13, 14)**
**TOMERRIEL MACKLIN JR. (1, 7, 8, 12)**
**DAMON FORTNEY (1, 3, 5, 6, 13, 14, 16, 17)**
**DOMINIQUE KINNARD (1, 11)**
**CURNESHA SMITH (1, 3, 5, 11, 13-16)**
**DERRIK GOODMAN (1, 9, 10, 18)**
**BRUCE BOERNER (1, 2, 7, 8, 12)**
**DAWN BURNS (1-5, 7)**

INDICTMENT

NO. 3:23-CR-96-BJB

18 U.S.C. § 2
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

COUNT 1
(*Conspiracy to Distribute Methamphetamine*)

Beginning on a date unknown to the Grand Jury, but at least as early as March 28, 2023 continuing up to and through on or about August 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DENNIS RICE, TOMERRIEL MACKLIN JR., DAMON FORTNEY, DOMINIQUE KINNARD, CURNESHA SMITH, DERRIK GOODMAN, BRUCE BOERNER,** and **DAWN BURNS**, defendants herein, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Methamphetamine)*

On or about March 28, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAWN BURNS** and **BRUCE BOERNER** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 3
*(Distribution of Methamphetamine)*

On or about April 5, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAWN BURNS**, **CURNISHA SMITH,** and **DAMON FORTNEY** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 4
*(Distribution of Methamphetamine)*

On or about April 19, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAWN BURNS**, a defendant herein, knowingly and intentionally distributed fifty (50)

grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 5
*(Distribution of Methamphetamine)*

On or about May 2, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAWN BURNS, CURNESHA SMITH, DENNIS RICE,** and **DAMON FORTNEY** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 6
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about May 2, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAMON FORTNEY**, a defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses charged in this Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 7
*(Distribution of Methamphetamine)*

On or about May 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAWN BURNS, BRUCE BOERNER,** and **TOMERRIELL MACKLIN JR.,** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 8
*(Distribution of Methamphetamine)*

On or about May 18, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRUCE BOERNER,** and **TOMERRIELL MACKLIN JR.,** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 9
*(Distribution of Methamphetamine)*

On or about May 22, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DERRIK GOODMAN**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 10
*(Distribution of Methamphetamine)*

On or about May 25, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DERRIK GOODMAN**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 11
*(Distribution of Methamphetamine)*

On or about June 1, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **CURNESHA SMITH** and **DOMINIQUE KINNARD,** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of

methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 12
*(Distribution of Methamphetamine)*

On or about June 5, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRUCE BOERNER** and **TOMERRIEL MACKLIN JR.**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 13
*(Distribution of Methamphetamine)*

On or about June 7, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **CURNESHA SMITH, DAMON FORTNEY,** and **DENNIS RICE,** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 14
*(Distribution of Methamphetamine)*

On or about June 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **CURNESHA SMITH, DAMON FORTNEY,** and **DENNIS RICE,** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 15
*(Distribution of Methamphetamine)*

On or about June 21, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **CURNESHA SMITH**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 16
*(Distribution of Methamphetamine)*

On or about July 18, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **CURNESHA SMITH** and **DAMON FORTNEY,** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of

methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 17
*(Distribution of Methamphetamine)*

On or about July 19, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAMON FORTNEY**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 18
*(Distribution of Methamphetamine)*

On or about July 20, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DERRIK GOODMAN**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), and 846 as charged in this Indictment, felonies punishable by imprisonment for more than one year, **DENNIS RICE, TOMERRIEL MACKLIN JR., DAMON FORTNEY, DOMINIQUE KINNARD, CURNESHA SMITH, DERRIK GOODMAN, BRUCE BOERNER,** and **DAWN BURNS**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

As a result of committing offenses in violation of Title 18, United States Code, Section 924(c)(1)(A), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **DAMON FORTNEY** defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses.

A TRUE BILL.

Redacted

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRP 8-16-23

9

UNITED STATES OF AMERICA v. DENNIS RICE, TOMERRIEL MACKLIN JR., DAMON FORTNEY, DOMINIQUE KINNARD, CURNESHA SMITH, DERRIK GOODMAN, BRUCE BOERNER, and DAWN BURNS

## PENALTIES

Counts 1-5, 7-18:  NL 10 yrs./NM Life/NM $10,000,000/both/NL 5 yrs. Supervised Release (each count)
Count 6:  NL 5 yrs./NM Life/NM $250,000/both/NL 5 yrs. Supervised Release (consecutive) (each count)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.